UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ABB LUMMUS GLOBAL INC., | ) | Misc. Case No. 06-138-SLR |
| | ) | |
| Reorganized Debtor. | ) | Bankr. Case No. 06-10401 (JKF) |

ORDER AFFIRMING CONFIRMATION ORDER
AND ISSUING INJUNCTIONS

This matter comes before this Court following entry of the *Order (A) Approving Disclosure Statement and Solicitation Procedures, (B) Confirming (and Recommending Affirmance by the U.S. District Court) of Debtor's Plan of Reorganization as Modified Through June 8, 2006 and (C) Setting Bar Dates to File Certain Claims in Paragraphs 51, 52, 53 and 74* (the "Confirmation Order") by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Upon consideration of the Confirmation Order and related pleadings and exhibits transmitted therewith by the Bankruptcy Court; and notice of entry of the Confirmation Order and opportunity for a hearing having properly been given; it is hereby

ORDERED, that the Confirmation Order is hereby AFFIRMED, including, but not limited to, the Lummus Asbestos PI Channeling Injunction found in paragraph 7.14 of the Plan and the Lummus Asbestos Insurance Entity Injunction found in paragraph 7.3 of the Plan; and it is further

ORDERED, that this Order shall be docketed in both this Court and the Bankruptcy Court; and it is further

K&E 40570-1 112235031 3

ORDERED, that if any objection to this Order by a party in interest with standing is not filed, served, and properly noticed within ten (10) days following entry of this Order, this Order shall become final and effective; and it is further

ORDERED, that the Debtor is directed to immediately serve this Order upon the parties listed on the 2002 Notice List, the Official Service List, and those parties who entered an appearance at the Confirmation Hearing, and the Debtor is further directed to publish a copy of this Order once it has become final and effective.

ENTERED, ISSUED, AND AFFIRMED on this 19th day of July, 2006.

*[signature]*
HONORABLE SUE L. ROBINSON
United States District Court Judge

2