IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ABB LUMMUS GLOBAL INC., | ) | Misc. Case No.: 06-138-SLR |
| | ) | |
| Reorganized Debtor. | ) | Re: Docket # 297 |

### AFFIDAVIT OF SERVICE

Charlotte A. Neuberger, being duly sworn according to law, deposes and says

that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub

LLP, co-counsel for the Debtors, in the above-captioned action, and that on the 21st of July,

2006 she caused a copy of the following document(s) to be served upon the attached service

list(s) in the manner indicated:

**Order Affirming Confirmation Order and Issuing Injunctions, signed by
Judge Sue L. Robinson at July 19, 2006.**

Dated: July 21, 2006

_____
Charlotte A. Neuberger

Sworn to and subscribed before
me this 21st of July, 2006

_____
Notary Public

My Commission Expires: ___11/4/07___

**MARY E. CORCORAN**
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

**ABB Lummus Global Inc. 2002 Service List**
Case No. 06-10401
Document No. 117310
03 – Hand Delivery
30 – First Class Mail
10 – Foreign First Class Mail


(Co-Counsel for the Debtor and Debtor in
Possession)
Laura Davis Jones, Esquire
Scotta E. McFarland, Esquire
Curtis Hehn, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub
LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
4 East Seventh Street
Wilmington, DE 19801

*Hand Delivery*
(Office Of The U.S. Trustee)
Richard Schepacarter, Esquire
Office Of The U.S. Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Combustion Engineering Asbestos PI
Trust)
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

*First Class Mail*
(Counsel for Combustion Engineering Asbestos PI
Trust)
Sander L. Esserman, Esquire
Steven A. Felsenthal, Esquire
Stutzman, Bromberg, Esserman & Plifka
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689

*First Class Mail*
(Co-Counsel for the Debtor and Debtor in
Possession)
Jeffrey Rich, Esquire
Jenn Mo, Esquire
Kirkpatrick & Lockhart Nicholson Graham LLP
599 Lexington Avenue
New York, NY 10022-6030

*First Class Mail*
(Co-Counsel for the Debtor and Debtor in
Possession)
Philip Hecht, Esquire
Kirkpatrick & Lockhart Nicholson Graham LLP
1601 K Street, N.W.
Washington, DC 20006

*First Class Mail*
(Co-Counsel for the Debtor and Debtor in
Possession)
Kristen Serrao
Kirkpatrick & Lockhart Nicholson Graham LLP
Henry W. Oliver Bldg,
535 Smithfield Street
Pittsburgh, Pennsylvania 15222-2312

*First Class Mail*
(Special Request)
Internal Revenue Service
Attn: Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

*First Class Mail*
(Special Request)
Securities & Exchange Commission
New York Regional Office
Attn: Nathan Fuchs
233 Broadway
New York, NY 10279

*First Class Mail*
(Special Request)
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
(Special Request)
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
(Counsel for ABB Holdings)
Theodore L. Freedman, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022

*First Class Mail*
(Counsel for ABB Holdings)
Adam Paul, Esquire
Kirkland & Ellis LLP
200 East Randolph Street
Chicago, IL 60601

*First Class Mail*
(Counsel for Unofficial Committee of Asbestos
Creditors and Counsel for the Official Committee of
Creditors in CE Case)
Joseph Frank, Esquire
Frank/Gecker LLP
325 N. LaSalle, Suite 625
Chicago, IL 60610

*First Class Mail*
(Counsel for the CCC)
Natalie D. Ramsey, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

*First Class Mail*
(Counsel for the Lummus FCR)
John F. Higgins, Esquire
Porter & Hedges, LLP
1000 Main Street, 36th Floor
Houston, TX 77002

*First Class Mail*
(Counsel for FCR)
Richard H. Wyron, Esquire
Roger Frankel, Esquire
Monique D. Almy, Esquire
Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington, DC 20007

*First Class Mail*
(20 Largest Creditors)
Englobal Engineering Inc.
P.O. Box 671422
Dallas, TX 75267-1422

*First Class Mail*
(20 Largest Creditors)
Performance Contractors Inc.
P.O. Box 83630
Baton Rouge, LA 70884-3630

*First Class Mail*
(20 Largest Creditors)
Kurvers Inc.
1500 South Dairy Ashford, Suite 444
Houston, TX 77077

*First Class Mail*
(20 Largest Creditors)
Transoceanic Shipping Co. Inc.
P.O. Box 54285
New Orleans, LA 70154-4285

*First Class Mail*
(20 Largest Creditors)
Membrane Technology & Research Inc.
1360 Willow Road, Suite 103
Menlo Park, CA 94025

*First Class Mail*
(20 Largest Creditors)
Puffer Sweiven LP
P O Box 2000
Stafford, TX 77477

*First Class Mail*
(20 Largest Creditors)
SGS Global Trade Solutions Inc
Industrial Service Division
12621 Featherwood Dr Suite 270
Houston, TX 77034

*First Class Mail*
(20 Largest Creditors)
Bo-Mac Contractors Inc
Po Box 5386
Beaumont, TX  77726-5386

*First Class Mail*
(20 Largest Creditors)
Abco Industries Inc
Po Box 268
Abilene, TX  79604

*First Class Mail*
(20 Largest Creditors)
John Zink Co LLC
Po Box 915001
Dallas, TX  75391-5001

*First Class Mail*
((Lummus, VP & General Counsel)
Margaret Duplantier
3010 Briarpark
Houston, TX  77042

*First Class Mail*
(Future Claimants Representative)
Richard Schiro, Esquire
Law Offices of Richard Schiro
Regency Plaza, Suite 1350
3710 Rawlins Street
Dallas, TX  75219

*First Class Mail*
(Counsel for VW Credit, Inc.)
Hilary B. Bonial, Esquire
Tyler B. Jones, Esquire
Brice, Vander Linden & Wernick, P.C.
P.O. Box 829009
Dallas, TX  75382-9009

*First Class Mail*
(Counsel for Cypress-Fairbanks ISD, Harris County, Fort
Bend ISD, Deer Park ISD, Fort Bend County, City of Sugar
Land)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

*First Class Mail*
(Counsel for Dallas County)
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201

*First Class Mail*
)
Vicky Namken
IBM Corporation
13800 Diplomat Drive
Dallas, TX  75234

*Foreign First Class Mail*
(20 Largest Creditors)
FMC International AG
Home Mortgage Plaza, Suite 703
268 Ponce De Leon Ave
San Juan, Puerto Rico

*Foreign First Class Mail*
(20 Largest Creditors)
Sirz Spa
Via Vo Di Placca 4
35020 Due Carrare
Padova, Italy

*Foreign First Class Mail*
(20 Largest Creditors)
Elliott Tubomachinery S.A.
Feldstrasse 2 CH-8853
Post Fach 249
Lachen, Switzerland

*Foreign First Class Mail*
(20 Largest Creditors)
Basf Aktiengesellschaft
D6700
Ludwigshafer, Germany

*Foreign First Class Mail*
(20 Largest Creditors)
Van Tongeren Kennemer Bv
P.O. Box 4, Nl-1940 Aa
Beverwijk, Netherlands

*Foreign First Class Mail*
(20 Largest Creditors)
Setal Lummus Engenharia
E Construcoes S/A
Av Das Nacoes Unidas 18605
Sao Paulo, Brazil  4795

*Foreign First Class Mail*
(20 Largest Creditors)
The Tenth Construction Company of Sinopec
Xihe Road, Shanghai Chemical Industry Park,
Caojing
Shanghai, China  201 507

*Foreign First Class Mail*
(20 Largest Creditors)
Dresser-Rand
Field Services
31 Boulevard Winston Churchhill
76080 LE Harve Cedex, France  7013

*Foreign First Class Mail*
(20 Largest Creditors)
Dutramex Bv
P.O. Box 225
4140 Ae Leerdam
Netherlands, Netherlands

*Foreign First Class Mail*
(20 Largest Creditors)
Lonza
Sede Legale Via V Pisani 31
Milano, 20124 Italy