UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Misc. Case No. 06-138 SLR |
| ABB LUMMUS GLOBAL INC., | ) | |
| | ) | Bankr. Case No. 06-10401 (JKF) |
| Reorganized Debtor. | ) | |

**REORGANIZED DEBTOR'S MOTION FOR
ORDER CLOSING DISTRICT COURT CASE**

ABB Lummus Global Inc. (the "Reorganized Debtor"),[1] by and through its undersigned counsel, files this Motion for an Order Closing Case in this Court (the "Motion") pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, and in support thereof states the following:

**Background**

1. The Reorganized Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on April 21, 2006.

2. On June 29, 2006 the Bankruptcy Court entered an order confirming the plan (the "Confirmation Order").

3. On July 19, 2006, this Court entered an order affirming the Confirmation Order (the "Affirmation Order").

---

[1] Capitalized terms used herein without definition shall have the meaning ascribed to such terms in the Glossary of Terms for the Plan Documents pursuant to the confirmed Prepackaged Plan of Reorganization of ABB Lummus Global Inc.

4. On August 31, 2006, the Reorganized Debtor and its non-debtor affiliates satisfied all payment and contribution requirements required to be made pursuant to the Plan and the Effective Date occurred.

### Relief Requested

5. Under section 524(g)(3)(A) of the Bankruptcy Code, in order for the Lummus Asbestos PI Channeling Injunction and the Lummus Asbestos PI Insurance Entity Injunction to be valid and enforceable, this Court is required to enter or affirm the Confirmation Order.

6. As stated above, this Court entered the Affirmation Order on July 19, 2006.

7. By reason of the foregoing the Reorganized Debtor submits that this case can be closed on the docket of this Court.

### Notice

8. A copy of this Motion has been provided to: (i) each entity set forth on the current Bankruptcy Rule 2002 Notice List including without limitation counsel for the Future Claimants' Representative, counsel for the Lummus Asbestos PI Trust, and the Office of the United States Trustee.

### No Prior Request

9. No prior request for the relief requested herein has been made to this or any other court.

WHEREFORE, the Reorganized Debtor respectfully requests that this Court: (i) approve this Motion; (ii) enter an Order closing this case on the docket of this Court; and (iii) granting such other and further relief as is just and proper.

Dated: September 26, 2006

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

*/s/ Curtis A. Hehn/*

Laura Davis Jones (Bar No. 2436)
Curtis A Hehn (Bar No. 4264)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400

and

KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Jeffrey N. Rich (Bar No. JR 7183)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900


CO-COUNSEL FOR THE REORGANIZED DEBTOR

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Misc. Case No. 06-138 SLR |
| ABB LUMMUS GLOBAL INC., | ) | |
| | ) | Bankr. Case No. 06-10401 (JKF) |
| Reorganized Debtor. | ) | |

**<u>ORDER CLOSING DISTRICT COURT CASE</u>**

This matter coming before the Court on the Reorganized Debtors' Motion for an Order Closing case (the "Motion"), filed by the above-captioned reorganized debtor (the "Reorganized Debtor"); and this Court having reviewed the Motion and considered the relief requested therein and it further appearing that notice of the Motion was sufficient under the circumstances and the relief requested is in the best interests of the Reorganized Debtor's estate, its creditors and other parties in interest;

IT IS HEREBY ORDERED THAT the Motion is granted.

Dated: _____, 2006

_____
Honorable Susan L. Robinson
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ABB LUMMUS GLOBAL INC., | ) | Misc. Case No.: 06-138-SLR |
| | ) | |
| Reorganized Debtor. | ) | |

### AFFIDAVIT OF SERVICE

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, co-counsel for the Debtors, in the above-captioned action, and that on the 26th of September, 2006 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

**Reorganized Debtor's Motion for Order Closing District Court Case; and [Proposed] Order Closing District Court Case.**

Dated: September 26, 2006

/s/ Patricia E. Cuniff
Patricia E. Cuniff

Sworn to and subscribed before
me this 26th of September, 2006

/s/ Mary E. Corcoran
Notary Public
My Commission Expires: 11/4/07

MARY E. CORCORAN
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

PI-1546459 v3
00272-001\DOCS_DE:121633.1

**ABB Lummus Global Inc. 2002 Service List**
Case No. 06-10401
Document No. 117310
03 – Hand Delivery
31 – First Class Mail
09 – Foreign First Class Mail


(Co-Counsel for the Debtor and Debtor in Possession)
Laura Davis Jones, Esquire
Scotta E. McFarland, Esquire
Curtis Hehn, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
4 East Seventh Street
Wilmington, DE 19801

*Hand Delivery*
(Office Of The U.S. Trustee)
Richard Schepacarter, Esquire
Office Of The U.S. Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Combustion Engineering Asbestos PI Trust)
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

*First Class Mail*
(Counsel for Combustion Engineering Asbestos PI Trust)
Sander L. Esserman, Esquire
Steven A. Felsenthal, Esquire
Stutzman, Bromberg, Esserman & Plifka
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689

*First Class Mail*
(Co-Counsel for the Debtor and Debtor in Possession)
Jeffrey Rich, Esquire
Jenn Mo, Esquire
Kirkpatrick & Lockhart Nicholson Graham LLP
599 Lexington Avenue
New York, NY 10022-6030

*First Class Mail*
(Co-Counsel for the Debtor and Debtor in Possession)
Philip Hecht, Esquire
Kirkpatrick & Lockhart Nicholson Graham LLP
1601 K Street, N.W.
Washington, DC 20006

*First Class Mail*
(Co-Counsel for the Debtor and Debtor in Possession)
Kristen Serrao
Kirkpatrick & Lockhart Nicholson Graham LLP
Henry W. Oliver Bldg,
535 Smithfield Street
Pittsburgh, Pennsylvania 15222-2312

*First Class Mail*
(Special Request)
Internal Revenue Service
Attn: Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

*First Class Mail*
(Special Request)
Securities & Exchange Commission
New York Regional Office
Attn: Nathan Fuchs
233 Broadway
New York, NY 10279

*First Class Mail*
(Special Request)
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
(Special Request)
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

*First Class Mail*
(Counsel for ABB Holdings)
Theodore L. Freedman, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

*First Class Mail*
(Counsel for ABB Holdings)
Adam Paul, Esquire
Kirkland & Ellis LLP
200 East Randolph Street
Chicago, IL 60601

*First Class Mail*
(Counsel for Unofficial Committee of Asbestos
Creditors and Counsel for the Official Committee of
Creditors in CE Case)
Joseph Frank, Esquire
Frank/Gecker LLP
325 N. LaSalle, Suite 625
Chicago, IL 60610

*First Class Mail*
(Counsel for the CCC)
Natalie D. Ramsey, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

*First Class Mail*
(Counsel for the Lummus FCR)
John F. Higgins, Esquire
Porter & Hedges, LLP
1000 Main Street, 36th Floor
Houston, TX 77002

*First Class Mail*
(Counsel for FCR)
Richard H. Wyron, Esquire
Roger Frankel, Esquire
Monique D. Almy, Esquire
Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington, DC 20007

*First Class Mail*
(20 Largest Creditors)
Englobal Engineering Inc.
P.O. Box 671422
Dallas, TX 75267-1422

*First Class Mail*
(20 Largest Creditors)
Performance Contractors Inc.
P.O. Box 83630
Baton Rouge, LA 70884-3630

*First Class Mail*
(20 Largest Creditors)
Kurvers Inc.
1500 South Dairy Ashford, Suite 444
Houston, TX 77077

*First Class Mail*
(20 Largest Creditors)
Transoceanic Shipping Co. Inc.
P.O. Box 54285
New Orleans, LA 70154-4285

*First Class Mail*
(20 Largest Creditors)
Membrane Technology & Research Inc.
1360 Willow Road, Suite 103
Menlo Park, CA 94025

*First Class Mail*
(20 Largest Creditors)
Puffer Sweiven LP
P O Box 2000
Stafford, TX 77477

*First Class Mail*
(20 Largest Creditors)
SGS Global Trade Solutions Inc
Industrial Service Division
12621 Featherwood Dr Suite 270
Houston, TX 77034

*First Class Mail*
(20 Largest Creditors)
Bo-Mac Contractors Inc
Po Box 5386
Beaumont, TX 77726-5386

*First Class Mail*
(20 Largest Creditors)
Abco Industries Inc
Po Box 268
Abilene, TX 79604

*First Class Mail*
(20 Largest Creditors)
John Zink Co LLC
Po Box 915001
Dallas, TX 75391-5001

*First Class Mail*
((Lummus, VP & General Counsel)
Margaret Duplantier
3010 Briarpark
Houston, TX 77042

*First Class Mail*
(Future Claimants Representative)
Richard Schiro, Esquire
Law Offices of Richard Schiro
Regency Plaza, Suite 1350
3710 Rawlins Street
Dallas, TX 75219

*First Class Mail*
(Counsel for VW Credit, Inc.)
Hilary B. Bonial, Esquire
Tyler B. Jones, Esquire
Brice, Vander Linden & Wernick, P.C.
P.O. Box 829009
Dallas, TX 75382-9009

*First Class Mail*
(Counsel for Cypress-Fairbanks ISD, Harris County, Fort Bend ISD, Deer Park ISD, Fort Bend County, City of Sugar Land)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

*First Class Mail*
(Counsel for Dallas County)
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

*First Class Mail*
)
Vicky Namken
IBM Corporation
13800 Diplomat Drive
Dallas, TX 75234

*Foreign First Class Mail*
(20 Largest Creditors)
FMC International AG
Home Mortgage Plaza, Suite 703
268 Ponce De Leon Ave
San Juan, Puerto Rico

*Foreign First Class Mail*
(20 Largest Creditors)
Sirz Spa
Via Vo Di Placca 4
35020 Due Carrare
Padova, Italy

*First Class Mail*
(20 Largest Creditors)
Attn: Legal Department
Elliott Company
901 North Fourth Street
Jeannette, PA 15644-1473

*Foreign First Class Mail*
(20 Largest Creditors)
Basf Aktiengesellschaft
D6700
Ludwigshafer, Germany

*Foreign First Class Mail*
(20 Largest Creditors)
Van Tongeren Kennemer BV
Gooiland 8
1948 RC Beverwijk
The Netherlands

*Foreign First Class Mail*
(20 Largest Creditors)
Setal Lummus Engenharia
E Construcoes S/A
Av Das Nacoes Unidas 18605
Sao Paulo, Brazil  4795

*Foreign First Class Mail*
(20 Largest Creditors)
The Tenth Construction Company of Sinopec
Xihe Road, Shanghai Chemical Industry Park,
Caojing
Shanghai, China  201 507

*Foreign First Class Mail*
(20 Largest Creditors)
Dresser-Rand
Field Services
31 Boulevard Winston Churchhill
76080 LE Harve Cedex, France  7013

*Foreign First Class Mail*
(20 Largest Creditors)
Dutramex Bv
P.O. Box 225
4140 Ae Leerdam
Netherlands, Netherlands

*Foreign First Class Mail*
(20 Largest Creditors)
Lonza SpA
Headquarters Lonza SpA
Via Enrico Fermi 51
24020
Scanzorosciate, Italy