UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Misc. Case No. 06-138 SLR |
| ABB LUMMUS GLOBAL INC., ) | |
| ) | Bankr. Case No. 06-10401 (JKF) |
| Reorganized Debtor. ) | |

### ORDER CLOSING DISTRICT COURT CASE

This matter coming before the Court on the Reorganized Debtors' Motion for an Order Closing case (the "Motion"), filed by the above-captioned reorganized debtor (the "Reorganized Debtor"); and this Court having reviewed the Motion and considered the relief requested therein and it further appearing that notice of the Motion was sufficient under the circumstances and the relief requested is in the best interests of the Reorganized Debtor's estate, its creditors and other parties in interest;

IT IS HEREBY ORDERED THAT the Motion is granted.

Dated: _____October 12_____, 2006

_____
Honorable Susan L. Robinson
United States District Judge